# EXHIBIT 2

## SEAFARER'S EMPLOYMENT CONTRACT

Place: **EL SALVADOR**   and agreed to be effective from **09/06/2019**

This Employment Contract is entered into between the below named Seafarer and Msc Malta Seafarers Company Limited, Upper Vaults 4, Valletta Waterfront, lx-Xatt ta' Pinto, Floriana FRN 1914, Malta. To work onboard vessels operated by the MLC Shipowner MSC Cruise Management (UK) Limited, 5 Roundwood Avenue, Stockley Park, Uxbridge, UK. (hereafter called the Company)

### THE SEAFARER

| Field | Value | Field | Value |
|---|---|---|---|
| Surname: | Cortez Martinez | Given Names: | Darwin Humberto |
| Full home address: | Colonia Linda Vista, Bloque D, Acajutla, 8 - Ahuachapan | | |
| Position: | Cabin Steward | Medical Certificate issued on: | - 19/04/2017 |
| Nationality: | Salvadoran | Passport: | B04243136 - Ahuachapan - 09/10/2020 |
| Place and Date of birth: | Ahuachapan - 09/03/1990 | Seaman's book: | |

### EMPLOYER
MSC Malta Seafarers Company Limited, Upper Vaults 4, Valletta Waterfront, lx-Xatt ta' Pinto, Floriana FRN 1914, Malta

### SHIPOWNER
MSC Cruise Management (UK) Ltd. 5 Roundwood Avenue, Stockley Park, Uxbridge, UK.

### VESSEL

| Name: | MSC Meraviglia | IMO N°: | 9760512 |
|---|---|---|---|
| Flag: | Malta | Port of Registry: | Malta |

### TERMS OF THE CONTRACT

| Period of employment: | 9 ±2 months | Wages from and including: | 09/06/2019 | Basic hours of work per week: | 40,0 |
|---|---|---|---|---|---|
| Basic Wage | 538,00 | Minimum Fixed Overtime 344,00 | Overtime rate for hours worked in excess of xxx hrs: 3,82 per hour | Sat/Sun Holidays 283,00 | |
| Leave Compens. N.:4,5  $ 81,00 | $ | Benefits (not paid in cash): 75,00 | Total Cash 1.171,00 | Bonus: Extra wages will be regulated as per Company regulation procedure | |

### PAYMENT:

| ✓ | CREW PAYROLL CARD | Monthly Allotment: The seafarer will be entitle to receive the 80% of Salary earned + Balance due last month |
| | | Final Balance: Entire last Salary earned + Balance due last month |
| | MONTHLY ALLOTMENT BY AGENT | Amount: | Maximum 80% of Basic Wage. Only for Philippines and Cuban Seafarers |

### By signing this agreement I acknowledge the below

1. The current ITF Collective Agreement (CBA) shall be incorporated into and to form part of the contract
2. The Ship's Articles shall be deemed for all purposes to include the therms of this Contract (including the applicable ITF Agreement) and the Company shall ensure that the Ship's articles reflect these terms. These terms shall take precedence over all other terms
3. I authorize MSC Malta Seafarers Co. Ltd and MSC Cruise (UK) to use my personal data according to the local law of privacy and EU Regolation nr. 679/2016 (GDPR - General Data Protection Regulation)
4. I have read, understood and agreed to all terms and conditions of employment as identified in the Cruise Collective Bargaining Contract Agreement
5. Any eventual subsequent changes to the service terms & conditions done in future, shall be duly notified and applied to the proper rank
6. I have read, understood and agreed articles 14, 15, 16 of the current ITF Collective Agreement (CBA) regarding the Medical Assistence cover by MSC
7. I received a copy/took vision of the contract, standard procedures and privilages list prior to signing this agreement
8. I have received and read the Welcome Onboard Manual and understood the company policies referenced within
9. I have attendend a training course concerning : Safety, Vessels familiarization and Standard MSC procedures
10. I understand that for the first contract there is a probationary period of three months starting fron the date of Agreement's signature
11. I understand that MSC Cruise (UK) will pay all expanses to cover the travelling costs to embark and disembark (subject to the terms of the CBA) from my nearest airport which is: **El Salvador - El Salvador**
12. It is forbidden to use the logo of MSC Crociere, MSC Company and brands in operation not related to the duty
13. It is forbidden to divulgate/use the MSC standard procedures, protected data (according to the SP 30.03.10) and manuals in operation not related to the duty
14. It is forbidden the inappropriate use of images regarding MSC vessels and property by Social Network
15. That if required by the Ship's command or by the Crew office, I may be subject to alchool and/or drugs test
16. I further agree that any nature out of this Employment Agreement or my employed aboard the vessel shall be governed by the Laws of the vessel's flag state, except as expressly provided herein, and any disputes hereunder shall be adjudicated n that jurisdiction only. I further agree that all rights and obligations contained in the Collective Agreement between Msc Malta Seafarers Co. Ltd and FEDERAZIONE ITALIANA TRANSPORTI - CISL - ITF INTERNATIONAL DEPARTMNT - Italy, as amended from time to time, apply to this Employment Agreement
17. This Contract of Employment is automatically rendered null and void, should for any reason, the Seafarer not travel to join the Vessel
18. I have read, understood and agreed to all terms and conditions regarding the "Cirque Du Soleil at Sea Addendum 1". **Cirque du Soleil at Sea Seafarers Only**
19. I have read, understood and agreed to all the terms and conditions regarding the "T.A.C. (Termo de Ajuste de Conduta) Brazilian law". **Brazilian Seafarers Only**

---

For and on on behalf of SHIPOWNER
MSC Cruise Management (UK) Limited:

For and on on behalf of EMPLOYER - MSC Malta Seafarers Co. Ltd

To be signed by Manning Agent or MSC Sorrento or Officer delegated onboard

Signature of Seafarer

I, hereby declare that I have read and undestood the terms and provisions of this agreement and that no oral promises or other agreements excepted as expresly provided in the Agreement have been made to me. In addition, the information given in the Application of Employment Personnel Data is true and correct