# EXHIBIT 4

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2021-CA-009008

DARWIN HUMBERTO CORTEZ MARTINEZ,

    Plaintiff,

v.

MSC CRUISES S.A. CO.,
MSC MALTA SEAFARERS COMPANY LIMITED,
And MSC CRUISE MANAGEMENT (UK) LTD.

    Defendants.
_____/

**NOTICE OF FILING DEFENDANTS**
**NOTICE OF REMOVAL OF CIVIL ACTION**

Defendants, MSC CRUISES S.A. CO., MSC MALTA SEAFARERS COMPANY LIMITED, and MSC CRUISE MANAGEMENT (UK) LTD. ("Defendants"), hereby give Notice that they have filed a Notice of Removal of Civil Action in the United States District Court for the Southern District of Florida. Attached hereto as Exhibit 1 is a true and accurate copy. Pursuant to 28 U.S.C. §1446, this action is now removed to the United States District Court and this Court may proceed no further in this matter unless this case is remanded.

Dated: July 8, 2021
       Miami, Florida

                                              Respectfully submitted,

                                              **MALTZMAN & PARTNERS, P.A.**

                                              By:   */s/ Steve Holman*
                                                      Jeffrey B. Maltzman, Esq.
                                                      Florida Bar No. 48860
                                                      jeffreym@maltzmanpartners.com
                                                      Steve Holman, Esq.

Florida Bar No. 547840  
steveh@maltzmanpartners.com  
55 Miracle Mile, Suite 300  
Coral Gables, FL 33134  
Phone: 305-779-5665  
Fax: 305-779-5664  
*Attorneys for Defendant Princess*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Electronic Mail to: L. Alex Perez, Esq., aperez@lipcon.com, LIPCON, MARGULIES & WINKLEMAN, P.A., One Biscayne Tower, Suite 1776, 2 South Biscayne Blvd., Miami, FL 33131 this 8th day of July, 2021.

By: */s/ Steve Holman*  
Steve Holman, Esq.  
Florida Bar No. 547840  
steveh@maltzmanpartners.com