# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-61399-AHS

DARWIN HUMBERTO CORTEZ MARTINEZ,

    Plaintiff,

v.

MSC CRUISES S.A. CO.,
MSC MALTA SEAFARERS COMPANY LIMITED,
And MSC CRUISE MANAGEMENT (UK) LTD.

    Defendants.
_____/

**SECOND DECLARATION OF CLAIRE BODDY**

1. I, Claire Boddy, am a solicitor in the legal department at MSC Cruise Management (UK) Limited. I am over the age of 18 and make this declaration based on information known to me personally or obtained through records maintained in the ordinary course of business by MSC Cruise Management (UK) Limited.

2. My office has been attempting to resolve Plaintiff's request for maintenance and cure, on an ex-gratia basis, with his U.S. attorneys since at least December 2020. There is no legal obligation upon the shipowner to pay maintenance and cure for illnesses that are not work related, beyond 130 days. However, when we were alerted to the ex-crewmember's position in September 2020 by the Plaintiff's attorney, we decided to assist by offering a lump sum payment, on a humanitarian basis.

3. The Plaintiff agreed to the amount in principle to resolve the matter, but there was a disagreement over how much additional funds should be paid to Plaintiff's attorneys for their legal fees. It should be noted that at that time, the case, was being handled by one of the Plaintiff's adjusters, not by an attorney. In addition, the difference between the two sides in relation to costs only was, USD 5,500 and I believe that costs could have been negotiated. Plaintiff discontinued negotiations in March 2021 and ultimately filed a lawsuit in May 2021.

4. Plaintiff's U.S. attorneys were made aware that disputes involving this claim need to be resolved in LMAA arbitration in London, applying English law, pursuant to the Employment Contract and Collective Bargaining Agreement. The Plaintiff's attorneys have other ongoing cases against the Defendants in which they have filed arbitration proceedings, see case, *Ryan Turner v MSC Cruise Management (UK) Ltd,* currently proceeding in arbitration in London under LMAA rules. The Plaintiff's attorneys are well of the procedure to be followed.

I declare under penalty of perjury under the laws of the United States of America and of England and Wales that the foregoing is true and correct.

Executed in England

On 23 July 2021

*Claire Boddy*

_____

Claire Boddy